# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN DASENBROCK,<br><br>  Plaintiff,<br><br>  v.<br><br>KINGS COUNTY, et al.,<br><br>  Defendants. | Case No. 1:11-cv-01884-AWI-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT<br><br>ORDER RE STATUS<br><br>(ECF Nos. 30 & 35) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 28, 2013, Plaintiff filed a motion to extend time to sumbit his initial disclosure. (ECF No. 30.) On November 14, 2013, Plaintiff filed a motion requesting a status update. (ECF No. 35.) The Court's previous discovery and scheduling order outlined Plaintiff's disclosure obligations to defendants. (ECF No. 24.) Plaintiff was required to file initial disclosures with defendants, not with the court, and Plaintiff is cautioned that discovery documents sent to the court will be returned. Fed. R. Civ. P. 26(b).

///
///
///
///
///
///

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for extension of time is
2 DENIED as MOOT.
3
4
5
6 IT IS SO ORDERED.
7  Dated:   **November 20, 2013**                    /s/ *Dennis L. Beck*
8                                          UNITED STATES MAGISTRATE JUDGE

2