IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBIN DASENBROCK,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**A. ENENMOH, et al.,**<br><br>　　　　　Defendants. | Case No. 1:11-cv-01884-AWI-DLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO EXTEND THE DISPOSITIVE MOTION DEADLINE**<br><br>(ECF No. 56) |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The Court has considered Defendants' request to modify the Discovery and Scheduling Order to extend the dispositive motion deadline. Good cause appearing for that request, the dispositive motion deadline shall be extended to May 9, 2014.

IT IS SO ORDERED.

　　Dated:　**April 11, 2014**　　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1