|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| ROBIN DASENBROOK, | Case No.: 1:11-cv-01884 AWI DLB PC |
| Plaintiff, | ORDER DIRECTING PERSONAL SERVICE OF SUBPOENA DUCES TECUM WITHIN SEVEN DAYS BY UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| v. | |
| A. ENENMOH, et al., | |
| Defendants. | [ECF No. 98] |

Plaintiff Robin Dasenbrook ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. This action is proceeding against Defendants Enenmoh, Page, Perez, and blonde Doe 1 for claims of negligence and deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On October 15, 2014, the Court issued an order authorizing the issuance of a subpoena duces tecum. Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d).

The requisite notice having been issued pursuant to Federal Rule of Civil Procedure 45(a)(4), it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshal (USM):

1

       a.     One (1) completed and issued subpoena duces tecum to be served on:

              Stu Sherman, Warden
              CSATF, Corcoran State Prison
              P.O. Box 5242
              Corcoran, CA 93212

       b.     One (1) completed USM-285 form; and

       c.     Two (2) copies of this order, one to accompany the subpoena and one for the USM;

       2.     Within seven (7) calendar days from the date of this order, the USM is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

       3.     The USM SHALL effect personal service of the subpoena duces tecum, along with a copy of this order, upon the individual/entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

       4.     Within ten (10) days after personal service is effected, the USM SHALL file the return of service, along with the costs subsequently incurred in effecting service, and said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:    **November 6, 2014**              /s/ *Dennis L. Beck*
                                                                   UNITED STATES MAGISTRATE JUDGE