UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN DASENBROOK, | ) Case No.: 1:11-cv-01884 AWI DLB PC |
| Plaintiff, | ) ORDER DISMISSING MOTION DIRECTING PERSONAL SERVICE |
| v. | ) [ECF No. 96] |
| A. ENENMOH, et al., | ) ORDER DENYING MOTION FOR THIRD PARTY DISCOVERY |
| Defendants. | ) [ECF No. 106] |

Plaintiff Robin Dasenbrook ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. This action is proceeding against Defendants Enenmoh, Page, Perez, and blonde Doe 1 for claims of negligence and deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On October 9, 2014, Plaintiff filed a motion seeking an order directing the U.S. Marshals Service to contact the Legal Affairs Division of the California Department of Corrections and Rehabilitation ("CDCR") and request the assistance of a special investigator to locate Defendant Perez. On December 15, 2014, a Waiver of Service of Summons was returned executed by Defendant Perez. Therefore, Plaintiff's motion is moot.

On November 17, 2014, Plaintiff filed a motion requesting leave of court to conduct third party discovery on a non-party in an effort to locate Defendant Perez. As stated above, Defendant Perez has executed and filed a waiver of service. Plaintiff's motion is moot.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Plaintiff's motion seeking an order directing the U.S. Marshals Service to contact the Legal Affairs Division of the CDCR is DENIED as moot;

2) Plaintiff's request for an order permitting discovery on a non-party is DENIED as moot.

IT IS SO ORDERED.

Dated: **December 25, 2014**            /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE