# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN DASENBROCK,<br><br>      Plaintiff,<br><br>  vs.<br><br>KINGS COUNTY, et al.,<br><br>      Defendants. | 1:11-cv-01884 AWI DLB PC<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR SUMMONS PACKAGE AND GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT NAMING DOE DEFENDANT<br>[ECF No. 133]<br><br>THIRTY-DAY DEADLINE |

Plaintiff Robin Dasenbrock ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's First Amended Complaint against Defendants Enenmoh, Page, Perez and Blonde Nurse Doe #1 for claims of negligence and deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On July 27, 2015, the Court received a letter from Plaintiff stating that he has discovered the identity of Blonde Nurse Doe #1. "Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.'" AmerisourceBergen Corp. v. Dialysis West, Inc., 465 F.3d 946, 951 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)). However, courts "need not grant leave to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in the litigation; or (4) is futile." Id. The factor of "'[u]ndue

delay by itself . . . is insufficient to justify denying a motion to amend.'" <u>Owens v. Kaiser Foundation Health Plan, Inc</u>., 244 F.3d 708, 712-13 (9th Cir. 2001) (quoting <u>Bowles v. Reade</u>, 198 F.3d 752, 757-58 (9th Cir. 1999)).

Here, Plaintiff has been attempting to discover the identity of Blonde Nurse Doe #1 through discovery for some time. Plaintiff states he has now discovered her identity. Amendment is necessary to substitute the name of the Doe Defendant and initiate service. The Court finds good cause to grant Plaintiff an opportunity to amend the complaint to substitute the name of Blonde Nurse Doe #1.

Accordingly, Plaintiff may file an amended complaint, substituting the name of the Doe Defendant, within thirty (30) days of the date of service of this order. The amended complaint shall not make any additional changes. Once the amended complaint is filed, the Court will instruct Plaintiff on service of the newly named Defendant.

Failure to comply with this order will result in a recommendation that the Doe Defendant be dismissed.

IT IS SO ORDERED.

Dated:   **August 25, 2015**                    /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE