UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN DASENBROOK, ) | Case No.: 1:11-cv-01884 DAD DLB PC |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PERSONAL SERVICE OF |
| v. ) | SUBPOENA DUCES TECUM WITHIN SEVEN |
| ) | DAYS BY UNITED STATES MARSHAL |
| A. ENENMOH, et al., ) | WITHOUT PREPAYMENT OF COSTS |
| ) | |
| Defendants. ) | [ECF No. 157] |
| ) | |

Plaintiff Robin Dasenbrook ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. This action is proceeding against Defendants Enenmoh, Page, Perez, and Adair for claims of negligence and deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On January 20, 2016, the Court issued an order authorizing the issuance of a subpoena duces tecum. Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d).

The requisite notice having been issued pursuant to Federal Rule of Civil Procedure 45(a)(4), it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshal (USM):

1

        a.      One (1) completed and issued subpoena duces tecum to be served on:

                Office of the Director of Nursing
                CSATF, Corcoran State Prison
                P.O. Box 5242
                Corcoran, CA 93212

        b.      One (1) completed USM-285 form; and

        c.      Two (2) copies of this order, one to accompany the subpoena and one for the USM;

      2.      Within seven (7) calendar days from the date of this order, the USM is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

      3.      The USM SHALL effect personal service of the subpoena duces tecum, along with a copy of this order, upon the individual/entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

      4.      Within ten (10) days after personal service is effected, the USM SHALL file the return of service, along with the costs subsequently incurred in effecting service, and said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:  **February 24, 2016**           /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE

**Attachment 1**

**You are commanded to produce and permit inspection and copying of the following documents, including but not limited to documents which are retained in paper, electronically stored, preserved in microfiche, etc.**

**No. 1:** Produce any and all documents RN Page was required to sign per CDCR Protocols, Page 1-8-3, Implementation and Review of Health Care Policies and Procedures Manual.

**No. 2.:** Produce any and all case study analyses, written examinations, and/or return demonstrations documenting RN Page's ongoing evaluation pertaining to CDCR Protocol Page 5-6a-1 III.E. Cardiovascular system.

**No. 3.:** Produce any and all case study analyses, written examinations, and/or return demonstrations documenting RN Page's ongoing evaluation pertaining to CDCR Protocol Page 5-8c-s Gastrointestinal system, Gastrointestinal bleeding, Health Care services.

**No. 4.:** Produce any and all lists or documents that RN Page is authorized to perform the assessment and treatment of patients presenting with rectal peri-anal complaints, gastrointestinal system, Health Care Services Page 5-8c-3.

**No. 5.:** Produce any and all case study analyses, written examinations, and/or return demonstrations documenting RN Page's ongoing evaluation pertaining to CDCR Protocol: Rectal peri-anal complaints, Gastrointestinal system, Health Care Services.

**No. 6.:** Produce any and all documents regarding RN Page's initial evaluation that state she satisfactorily demonstrated all critical behaviors identified on the competency validation tool for the Rectal peri-anal complaints, Gastrointestinal system, Health Care Services.

**No. 7.:** Produce any and all written performance appraisals for the following Health Care Services Protocols RN Pages was validated for:
 a) Cardiovascular system: Chest pain, HCS, Page 5-6a-3;
 b) Gastrointestinal system rectal peri-anal complaints, HCS, Page 5-8c-3;
 c) Gastrointestinal system, gastrointestinal bleeding, HCS, Page 5-8c-3;
 d) Cardiovascular chronic care program, chapter 2, HCS, Page 7-2-3;
 e) CPHCS and/or CCHCS (California Correctional Health Care Services guides).

**No. 8.:** Produce any and all documentation that RN Page is familiar with the cardiovascular chronic care program, Chapter 2, HCS protocols.

**No. 9.:** Produce any and all documents that show RN Page is authorized to perform the assessment or treatment of patients presenting symptoms of cardiovascular diseases or symptoms listed on Page 7-2-1 of the cardiovascular chronic care program.

**No. 10.:** Produce any and all documents of the reviews done on RN Page by the Senior Registered Nurse concerning Page's use of approved protocols, HCS, as stated on Page 5-1-2, Nursing Program Overview.