UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN DASENBROOK,<br><br>      Plaintiff,<br><br>      v.<br><br>A. ENENMOH, et al.,<br><br>      Defendants. | Case No.: 1:11-cv-01884 DAD DLB PC<br><br>ORDER DENYING REQUEST FOR SUBPOENAS FOR DEPOSITION BY WRITTEN QUESTIONS WITHOUT PREJUDICE<br><br>[ECF No. 173] |

Plaintiff Robin Dasenbrook ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. This action is proceeding against Defendants Enenmoh, Page, Perez, and Adair for claims of negligence and deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On April 21, 2016, Plaintiff submitted a request to the Clerk of Court for subpoenas in order to serve four unidentified non-party witnesses with depositions by written questions. A deposition by written questions must be conducted in compliance with Rule 31 of the Federal Rules of Civil Procedure. Depositions by written questions entail more than mailing questions to the deponents and awaiting their written responses. The Court will direct the Clerk's Office to send Plaintiff a copy of Rule 31. If, after reviewing the rule, Plaintiff believes he is able to depose the four witnesses in

compliance with the rule, Plaintiff shall notify the Court within thirty days and make a showing, under penalty of perjury, that he is able and willing to retain and compensate an officer to take responses and prepare the record. Fed. R. Civ. P. 31(b). At that juncture, the Court will determine what course of action is needed to facilitate the deposition.

    Based on the foregoing, it is HEREBY ORDERED that:

    1.    The Clerk's Office shall send Plaintiff a copy of Rule 31 of the Federal Rules of Civil Procedure;

    2.    Plaintiff's motion for subpoenas to depose nonparty witnesses by written questions is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  **May 11, 2016**          **/s/ Sandra M. Snyder**
                                                             UNITED STATES MAGISTRATE JUDGE