# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN DASENBROOK,<br><br>                Plaintiff,<br><br>        vs.<br><br>A. ENENMOH, et al.,<br><br>                Defendants. | Case No.: 1:11-cv-01884 DAD DLB PC<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL AND MOTION TO DISREGARD**<br><br>[ECF Nos. 185, 189] |

Plaintiff Robin Dasenbrook ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. This action is proceeding against Defendants Enenmoh, Page, Perez, and Adair for claims of negligence and deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On July 11, 2016, Plaintiff filed a motion to compel the office of the Director of Nursing at CSATF, Corcoran State Prison, to produce documents listed within the Court's subpoena duces tecum.  On July 25, 2016, Plaintiff filed a motion requesting the Court disregard his motion to compel in light of the Director of Nursing's compliance on July 13, 2016.  Good cause having been presented, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY

///

///

1

ORDERED that Plaintiff's motion to disregard is GRANTED, and the motion to compel is DISREGARDED.

IT IS SO ORDERED.

    Dated:   **July 29, 2016**                /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE