UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN DASENBROCK,<br><br>    Plaintiff,<br><br>vs.<br><br>A. ENENMOH, et al.,<br><br>    Defendants. | 1:11-cv-01884-DAD-GSA-PC<br><br>ORDER FOR DEFENDANT PEREZ-HERNANDEZ TO SUBMIT TABLE OF CONTENTS FOR EXHIBITS TO REQUEST FOR JUDICIAL NOTICE, WITHIN FOURTEEN DAYS<br>(ECF No. 209.) |

**I.     BACKGROUND**

Robin Dasenbrock ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 14, 2011. (ECF No. 1.) This case now proceeds with Plaintiff's Second Amended Complaint filed on September 8, 2015, against defendants Dr. A. Enenmoh, Correctional Officer Perez-Hernandez,[1] Nurse Page, and Nurse Adair, on Plaintiff's claims for violation of the Eighth Amendment and related negligence. (ECF No. 140.)

On October 21, 2016, defendant Perez-Hernandez ("Defendant") filed a motion for summary judgment. (ECF No. 208.) Concurrently with the motion, Defendant filed a request for the court to take judicial notice of court records, facts, and Plaintiff's Government Claim G-596404. (ECF No. 209.)

---

[1] Sued as Officer Perez.

1

## II. EXHIBITS

Defendant submitted 136 pages of records with the request for judicial notice, divided into Exhibits A and B. However, it is not clear where each record begins and ends. Some of the individual records appear to have their own exhibits attached, making it more difficult to distinguish one record from another. There is no table of contents or other guidance for the court. Defendant shall be required to submit a table of contents listing each record and where it can be found, using the page numbering assigned by the court's electronic filing system.

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that within fourteen (14) days of the date of service of this order, Defendant shall submit a table of contents for the exhibits that were submitted with Defendant's request for judicial notice.

IT IS SO ORDERED.

Dated: **April 18, 2017**     /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE