UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN DASENBROCK,<br><br>    Plaintiff,<br><br>vs.<br><br>A. ENENMOH, et al.,<br><br>    Defendants. | 1:11-cv-01884-DAD-GSA-PC<br><br>**ORDER FOR DEFENDANT ENENMOH TO SUBMIT EXHIBIT B TO DR. BARNETT'S DECLARATION IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FILED ON MAY 9, 2017**<br><br>**FOURTEEN-DAY DEADLINE** |

Robin Dasenbrock ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On May 9, 2017, defendant Dr. A. Enenmoh ("Defendant") filed a motion for summary judgment. (ECF No. 232.) Defendant has submitted in evidence the declaration of Dr. Barnett. (ECF No. 232-4.) In the declaration, Dr. Barnett refers to Plaintiff's medical records attached to the declaration as Exhibit B. (ECF No. 232-4 at 4:17-19.) However, there is no Exhibit B attached to the court's copy of Dr. Barnett's declaration. (See ECF No. 232-4.) Defendant shall be granted fourteen days in which to submit Exhibit B to the court for consideration.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of service of this order, Defendant Enenmoh shall file and serve Exhibit B to Dr. Barnett's declaration, pursuant to this order.

IT IS SO ORDERED.

   Dated:   **January 19, 2018**                    **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE